UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00579 SBA |
| Plaintiff, | ) | ORDER TO SET REVOCATION OF |
| | ) | SUPERVISED RELEASE HEARING ON |
| v. | ) | OCTOBER 16, 2012 |
| | ) | |
| MICHAEL DEREK BRADLEY, | ) | |
| | ) | |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN, it is hereby ordered that this matter is SET for a revocation of supervised release and disposition hearing before this Court on October 16, 2012 at 10:00 a.m. The parties shall prepare and submit any sentencing memoranda no later than one week prior to the hearing.

DATED:  9/21/12

_Saundra B Armstrong_
Hon. SAUNDRA BROWN ARMSTRONG
United States District Court Judge

[Prop.'d] Ord. Set Supv.'d Rel. Revoc. Hrg.
No. CR 11-00579 SBA