STEVEN G. KALAR
Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant BRADLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL BRADLEY,<br><br>    Defendant. | No CR 11-579-SBA<br><br>STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 31, 2015 AND [~~PROPOSED~~] ORDER |

The above-captioned matter is set on March 6, 2015 before this the Hon. Kandis A. Westmore for a STATUS hearing. The parties jointly request and stipulate that the Court continue the matter to March 31, 2015 at 9:30 a.m. for STATUS before the Oakland Duty Magistrate.

The parties request additional time to assess and discuss this matter and to allow Mr. Bradley to work toward his community service and restitution obligations which are the basis of his violation charges. The Probation Office does not object to this request.

DATED: March 5, 2015              /s/
                                   MAUREEN BESSETTE
                                   Assistant United States Attorney

Stip. Req. To Continue Hearing Date

1

2   DATED: March 5, 2015                               /s/
                                              JOHN PAUL REICHMUTH
3                                             Assistant Federal Public Defender
                                              Counsel for Michael Bradley
4

5                                          **ORDER**

6       Based on the reasons provided in the stipulation of the parties above,

7       IT IS HEREBY ORDERED that the STATUS date of March 6, 2015, scheduled at 9:30

8   a.m., before the Honorable Kandis A. Westmore, be vacated and reset for March 31, 2015 at

9   9:30 a.m. for STATUS before the Oakland Duty Magistrate.

10      This matter is a supervised release proceeding, so no time need be excluded under the

11  Speedy Trial Act.

12

13  March_5_, 2015                              _____
                                               HON. KANDIS A. WESTMORE
14                                             United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

Stip. Req. To Continue Hearing Date                2